UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 21-15007-PDR
Chapter 11

STAMATIKE GLARENTZOS,
SSN: xxx-xx-5816

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **STAMATIKE GLARENTZOS**, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): *May 24, 2021*.

2. Names, case numbers and dates of filing of related debtors: *None.*

3. Description of debtor's business: None - *Debtor is retired and not employed.*

4. Locations of debtor's operations and whether the business premises are leased or owned: *Residence located at 932 N. Northlake Dr., Hollywood, FL 33019; premises is owned.*

5. Reasons for filing chapter 11: *Foreclosure sale on residence.*

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: *None.*

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: *2019 income tax gross income = $15,884.00.*

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: None

      b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

    1. *SN Servicing - sole mortgage on residence reduced to judgment on August 21, 2014. Mediated settlement agreement dated October 1, 2019, reduced to principal amount of the mortgage to $2,100,000 plus 15 months of arrears on the agreement (due to COVID-19 loss in income) = $2,100,000 + (15 months × $5,400/month = $81,000) = $2,181,000.*

and

      c. Amount of unsecured claims: *Approximately $15,000.*

9.    General description and approximate value of the debtor's assets:

*Debtor's household goods: TV/Dining Room Set/Table/Twin Beds & Dresser/Queen Bed &Dresser] $2100 /Stove-Oven $50/Dishwasher $50/Microwave $100/Refrigerator $100/Washer & Dryer $100 = $2,500.*

10.    List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    a. *Residence - Tower Hill Prime Insurance Company, Policy # E001709113, Policy expires 02/02/2022; premium fully paid through 02/02/2022; General Homeowners insurance policy covering dwelling ($489,000), personal property ($244,500), loss of use ($97,800), personal liability ($300,000) and medical payments to others ($1,000).*

    b. *Residence - Citizens Property Insurance Corporation, Policy # 00064798-7, Policy expires 02/02/2022; premium fully paid through 02/02/2022; Homeowners HW-2 Wind Only Policy; Dwelling ($496,300), Personal property ($124,080), Loss of use ($49,630)*

    c. *Residence - Allstate; Policy # 480547541; Policy expires 03/02/2022; Standard Flood Dwelling Standard Insurance Policy; Premium fully paid through 03/02/2022; Building ($250,000), Contents ($100,000).*

11.    Number of employees and amounts of wages owed as of petition date: *None.*

12.    Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): *None.*

13. Anticipated emergency relief to be requested within 14 days from the petition date: *None*.

_____
Signature

/s/ *Peter Spindel*
_____
PETER SPINDEL
Florida Bar No. 816183
Attorney for Debtor
Peter Spindel, Esq., PA
8306 Mills Dr. #458
Miami, FL 33183-4838
Tel/Tex: (305) 799-5724
email: peterspindel@gmail.com

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

###
3882.2101
\glarentzosS41.sum

Certificate of Service

      I CERTIFY that a true copy of the foregoing was served on all CM/ECF registered parties via notice of electronic filing and by regular first class USPS carrier mail, postage fully prepaid, on all other creditors and interested parties as indicated on the attached service list on May 25, 2021.

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.
Fla. Bar No. 816183
Attorney for Debtor
Peter Spindel, Esq., P.A.
8306 Mills Dr. #458
Miami, FL 33183-4838
Tel/Tex: (305) 799-5724
email: peterspindel@gmail.com

*Via NEF*-
21-15007-PDR Notice will be electronically mailed to:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Peter D Spindel on behalf of Debtor Stamatike Glarentzos
peterspindel@gmail.com, peterspindelcmecf@gmail.com


*By USPS Mail*:

American Express
c/o Becket & Lee
POB 3001
Malverne, PA

Capital One
POB 30285
Salt Lake City, UT 84130-0285

CIT Bank
POB 9013
Addison, TX 75001-9013

City of Hollywood
P.O. Box 229045
Hollywood, FL 33022-9045

Credit One Bank
POB 98873
Las Vegas, NV 89193-8873

Discover Bank
POB 15316
Wilmington, DE 19850

Fla Dep Rev
Attn: Bankruptcy Div
POB 6668
Tallahassee, FL 32314-6668

IRS
POB 7346
Philadelphia, PA 19101-7346

One West Bank
888 E Walnut St
Pasadena, CA 91101

Rushmore Loan Management Services
15480 Laguna Canyon Rd
Irvine, CA 92618

SN Servicing
323 5th St
Eureka, CA 95501

Synchony Bank
POB 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

###
3882.2101
\glarentzosS41.sum