UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                          Case No. 21-15007-PDR
                                                                                                Chapter 11
STAMATIKE GLARENTZOS,
SSN: xxx-xx-5816

          Debtor.
_____/

**DEBTOR'S FIRST OBJECTION TO CLAIMS**

# IMPORTANT NOTICE TO CREDITORS:
# THIS IS AN OBJECTION TO YOUR CLAIM

   This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.
   If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

   If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

   The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

          [Remainder of page left intentionally blank]

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claims filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis of Objection and Recommended Disposition |
|---|---|---|---|
| 3 | American Express National Bank | $9,926.89 | Statute of limitations for collection of this debt under Fla. Stat. § 95.11 expired prior to commencement of case. Recommended claim disposition: Objection should be sustained and the Claim should be disallowed and stricken. |
| 4 | U.S. Bank Trust, National Association, as Trustee of Bungalow Series IV Trust c/o SN Servicing Corporation | $1,584,306.04 | On or about October 1, 2019, Debtor and MTGLQ Investors c/o Rushmore Loan Servicing entered into a settlement agreement (Exhibit "A") which required the Debtor to payoff the mortgage loan for a total due of $1,200,000 not later than November 1, 2021, which was cause for the dismissal of Debtor's previous bankruptcy case, The objection should be sustained and the Claim should be allowed as secured in the total sum of $1,200,000. |

## Certificate of Service

I CERTIFY that a true copy of the foregoing was served on all CM/ECF registered parties via notice of electronic filing and by certified mail pursuant to FRBP 7004(h) and by regular first class USPS carrier mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on August 9, 2021.

/s/ *Peter Spindel*
PETER SPINDEL
Fla. Bar No. 816183
Peter Spindel, Esq., P.A.
8306 Mills Dr. #458
Miami, FL 33183-4838
Tel/Tex: 305.799.5724
email: peterspindel@gmail.com

[Remainder of page left intentionally blank]

*Via NEF-*
21-15007-PDR Notice will be electronically mailed to:

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Christophal Calvin Hellewell on behalf of Creditor U.S. Bank Trust, N.A., as Trustee of the Bungalow Series IV Trust
chellewell@ghidottiberger.com, bknotifications@ghidottiberger.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Peter D Spindel on behalf of Debtor Stamatike Glarentzos
peterspindel@gmail.com, peterspindelcmecf@gmail.com

*By USPS mail:*
Stamatike Glarentzos
932 N. Northlake Dr.
Hollywood, FL 33019

*By certified mail, FRBP 7004(h):*
U.S. Bank Trust National Association, as Trustee of Bungalow Series IV Trust
Attn: Andrew Cecere, CEO of US Bank Trust, NA
c/o SN Servicing Corporation
323 5th Streete
Eureka, CA 95501

American Express National Bank
Attn: Anré Williams, President
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

[Remainder of page left intentionally blank]

###
3882.2101
glarentzosS41.obj

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – FORT LAUDERDALE DIVISION

CASE NO. 18-14679-JKO
CHAPTER 11

IN RE:
STAMATIKE GLARENTZOS

Debtor_____/

## SETTLEMENT AGREEMENT

STAMATIKE GLARENTZOS (Debtor) and MTGLQ Investors, L.P. * (Creditor) hereby agree to resolve litigated matters and the bankruptcy case and chief under Case# 18-14679-JKO, as follows:

1. Debtor's Chapter 11 Bankruptcy case shall be dismissed within 7 days of this agreement (by 10/24/19)

2. The Debtor shall pay Creditor, c/o Creditor's servicer, Rushmore Loan Management Services LLC a monthly payment of $5,400.00 together with a monthly escrow payment for taxes and insurance for the subject property at 932 N. Northlake Drive, Hollywood, Fl. Payments shall commence with first payment due November 1, 2019 and be paid by the first day of each successive month for 24 months thereafter

3. Debtor shall receive credit for the escrow component she has paid to Creditor under the Adequate Protection order entered March 22, 2019 (D.E. 137) directing the Debtor to pay $938.83 to escrow for estimated taxes.

4. Debtor shall continue to pay the $938.83 escrow for taxes and escrow for insurance for the subject property per the loan documents and lender requirements subject to reanalysis for escrow requirements.

5. On or before November 1, 2021 Debtor shall pay creditor a lump sum payment of $1,200,000.00 such sum may be paid before all 24 monthly payments have been made, meaning the monthly payments of $5,400 + escrow shall cease upon receipt of payment of the lump sum.

6. The foreclosure sale in the pending state court case may be reset and completed if Debtor defaults subject to 10 day written notice of default to Debtor & Debtor's bankruptcy counsel.

AGREED TO BY THE FOLLOWING:

_____
Debtor, Stamatike Glarentzos

MTGLQ Investors, L.P.
By: _____
Roberto Montoya
as Attorney in fact

_____
Gregg Ahrens, Esq. FBN: 352837
Kahane & Associates P.A.
Counsel for MTGLQ Investors, LP

_____
Samuel Sorota, Esq. FBN: 124926
Counsel for the Debtor

Dated this 12th day of October, 2019