

**ORDERED in the Southern District of Florida on October 4, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                 Case No. 21-15007-PDR
                                                                       Chapter 11
STAMATIKE GLARENTZOS,
SSN: xxx-xx-5816

        Debtor.
_____/

## ORDER SUSTAINING DEBTOR'S FIRST OBJECTION TO CLAIMS

This matter having been considered without hearing upon the Debtor's Objection to Claim(s) [ECF No. 43], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this Court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection(s) to the following claims are sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| American Express National Bank | 3 | The objection is sustained and the claim shall be disallowed and stricken. |
| U.S. Bank Trust, National Association, as Trustee of Bungalow Series IV Trust c/o SN Servicing Corporation | 4 | The objection is sustained and the claim shall be allowed as a secured claim in the total sum of $1,200,000.00. |

###

Submitted by:
Peter Spindel, Esq.
Attorney for Debtor
8306 Mills Dr. #458
Miami, FL 33183-4838
Tel/Tex: 305.799.5724
email: peterspindel@gmail.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)
###
3882.2101
\glarentzosS\glarentzosS51.ord