**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 11
Case No.: 21-15007-PDR

**STAMATIKE GLARENTZOS**,

                    Debtor.

_____/

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM [D.E. 43]

Secured Creditor, U.S. Bank Trust National Association, as Trustee of Bungalow Series IV Trust as serviced by SN Servicing Corporation (the "Secured Creditor"), responds to the Debtor's Objection to Claim [D.E. 43] (the "Objection") and states:

### PROCEDURAL BACKGROUND AND FACTS

1.      On February 19, 2003, Matina Glarentzos *aka* Stamatike Glarentzos (the "Debtor") executed a Flex Pay Fixed/Adjustable Rate Note in the total amount of $870,6621.32 and along with John Glarentzos executed a mortgage recorded in OR Book 34907, Page 1611, in the Official Records of Broward County, Florida, on the property located at 932 N Northlake Dr Hollywood, FL 33019.  Secured Creditor is the owner and holder of that certain promissory note and that mortgage.

2.      On January 8, 2009, a foreclosure action was commenced against the Debtor, title holder John Glarentzos and all akas and believed occupants of the Property, including Debtor Stamatike Glarentzos ("Debtor") in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Foreclosure Case No. CACE-09-001231, and which said foreclosure action

ultimately resulted in the entry of a Consent Final Judgement of Mortgage Foreclosure, entered on August 21, 2014, in the amount of $1,246,648.89 (the "Final Judgment").

3.      On May 24, 2021 (the "Petition Date"), the Debtor, filed its Voluntary Petition under Chapter 11 of the United States Bankruptcy Code [D.E. 1].

4.      On July 9, 2021, Secured Creditor filed its Proof of Claim, Claim 4-2 (the "Claim"), setting forth a total secured amount of $1,584,306.04 and an arrearage of $777,221.87.

5.      On August 9, 2021, the Debtor filed the Objection lumping Creditor's claim together with another and stating only that the objection should be sustained on the basis of a settlement agreement entered into by Debtor and Secured Creditor's predecessor in interest within the prior bankruptcy case.

6.      The Settlement Agreement, a copy of which was attached to Debtor's Objection, required in its terms that Debtor pay to Creditor, care of Creditor's servicer Rushmore Loan Management Services LLC, a monthly payment of $5,400.00 together with a monthly escrow payment for tax and insurance commencing November 1, 2019 and thereafter by the first day of each successive month for 24 months.

7.      Debtor failed to make the required monthly payments of $5,400. As such, Debtor is in breach of the Settlement Agreement and Creditor would revert to its foreclosure efforts if not for the instant bankruptcy petition.

## LEGAL BASIS FOR RESPONSE

8.      Pursuant to Rule 3001(f), Federal Rules of Bankruptcy Procedure, a Proof of Claim filed in accordance with Rule 3001 shall constitute prima facie evidence of the validity and amount of the claim. The Claim was filed in accordance with Rule 3001 as it substantially

conforms to the Official Proof of Claim Form pursuant to Rule 3001(a) and includes all required supporting information under Rule 3001(c) and Rule 3001(d).  Therefore, the Claim constitutes prima facie evidence of the validity and amount of the claim.

9.      As a result, the Debtor has the initial burden of presenting evidence to overcome the prima facie showing made by the proof of claim. In re C-4 Media Cable South, L.P., 150 B.R. 374, 377 (Bankr. E.D. Va. 1992).  The Objection is completely insufficient to overcome the prima facie evidentiary effect of the Claim as it merely cites to the settlement agreement as the sole basis to reduce the claim to $1,200,000.00.  However, the plain language of the agreement specifically states that the short payoff of $1,200,000.00 had to be paid by November 1, 2021. The Debtor has failed to make the short payoff by November 1, 2021 therefore, those terms are null and void.

10.      Furthermore, the Objection fails to mention the monthly adequate protection payments of $5,400.00 required under the settlement agreement.  The Debtor defaulted on the settlement agreement by failing to make the $5,400.00 monthly adequate protection payments. Hence, Creditor would revert to its foreclosure efforts if not for the instant bankruptcy petition and the total amount due remains the amount pursuant to the Note.  A copy of the payment history is attached hereto as "**Exhibit A**".

11.      For the reasons stated above, the Objection should be overruled in its entirety and the Claim should be allowed as filed as it was filed in compliance with Rule 3001, Federal Rules of Bankruptcy Procedure and is an accurate representation of the amounts due.

12.       Creditor reserves the right to supplement this Response.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court overrules the Debtor's objection to the Claim change and for any such other relief that the Court deems just and proper.

**Dated this 12th day of November, 2021.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 N. Miami Beach Blvd.
North Miami Beach, Florida 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Melbalynn Fisher_____
Melbalynn Fisher, Esq.
Florida Bar No. 107698
mfisher@ghidottiberger.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Stamatike Glarentzos**
932 N Northlake Dr
Hollywood, FL 33019

*Debtor's Counsel*                              **Adisley M Cortez Rodriguez**
**Peter D Spindel**                              Office of the US Trustee
8306 Mills Dr. #458                              51 SW 1 Ave #1204
Miami, FL 33183                                  Miami, FL 33130

By: /s/ Melbalynn Fisher_____
Melbalynn Fisher, Esq.

- 4 -

REQ BY SNS121020                              PAGE   1
        0
MATINA GLARENTZOS        THANK YOU FOR CONTACTING RUSHMORE LOAN
932 N NORTHLAKE DRIVE     MANAGEMENT SERVICES
HOLLYWOOD        FL 33019


932 N NORTHLAKE DRIVE
HOLLYWOOD        FL 33019
0*************************************************************************

----------------------- CURRENT ACCOUNT INFORMATION -------------------------
          DATE   TOTAL  PRINCIPAL  LOAN    CURRENT
        PAYMENT PAYMENT & INTEREST INTEREST PRINCIPAL   ESCROW
LOAN NUMBER  DUE   AMOUNT  PAYMENT  RATE   BALANCE    BALANCE
████████    10-01-10  4004.35   0.00 6.50000   0.00    0.00
 REST ESC BAL
       0
*************************************************************************

0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS DUE  TRANSACTION        TRANSACTION        EFFECTIVE DATE
DATE   DATE  CODE         DESCRIPTION       OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/      ESCROW PD/ ------------OTHER------------
   AMOUNT    BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------
10-07-20 00-00 745 CORP ADVANCE ADJUST           MREC
  33,761.00-   0.00   0.00   0.00      SERVICE RELEASE
                      0.00  MREC BAL
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  780.21 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
     0.00    0.00   0.00   0.00  999.99 1 LATE CHARGES

10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
    0.00    0.00    0.00    0.00  999.99 1 LATE CHARGES
10-06-20 10-10 132 LATE CHARGE ADJUSTMENT
    0.00    0.00    0.00    0.00  999.99 1 LATE CHARGES
10-06-20 10-10 156 LOAN TRANSFER
    0.00 938,488.40    0.00    0.00 2,692.67- SUSPENSE
                 0.00  SUSP-BAL
        0.00         NEW PRINCIPAL/ESCROW BALANCES
1P1021-496-3   CUSTOMER ACCOUNT ACTIVITY STATEMENT   DATE 10/07/20
 REQ BY SNS121020              PAGE  2
0MATINA GLARENTZOS
 LOAN NUMBER: ███████████
0        ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS DUE  TRANSACTION    TRANSACTION     EFFECTIVE DATE
 DATE   DATE  CODE      DESCRIPTION     OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION PRIN PD/     ESCROW PD/ ------------OTHER------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------
10-06-20 10-10 145 ESCROW DEPOSIT
    0.00    0.00    0.00    0.00
10-06-20 10-10 145 ESCROW DEPOSIT
    0.00    0.00    0.00    0.00
              120,764.87- ESCROW ADVANCE ADJ
     938,488.40     0.00 NEW PRINCIPAL/ESCROW BALANCES
10-05-20 10-10 173 PAYMENT
  938.83    0.00    0.00    0.00  938.83 SUSPENSE
           2,692.67 SUSP-BAL
09-09-20 10-10 173 PAYMENT
  938.83    0.00    0.00    0.00  938.83 SUSPENSE
           1,753.84 SUSP-BAL
08-25-20 00-00 631 VALUE/HOA/INSP COST         MREC
  15.00    0.00    0.00    0.00     FC PROP INSPEC
          33,761.00 MREC BAL
08-25-20 00-00 631 VALUE/HOA/INSP COST         MREC
   1.50    0.00    0.00    0.00     FC PROP INSPEC
          33,746.00 MREC BAL
08-14-20 09-10 168 REPAY OF ESC ADV
    0.00    0.00    0.00  812.56- 812.56 ESCROW ADVANCE ADJ
     938,488.40    120,764.87- NEW PRINCIPAL/ESCROW BALANCES
08-14-20 09-10 173 PAYMENT              08-12-20
   0.00 1,881.50- 5,073.29 812.56 4,004.35- SUSPENSE
            815.01 SUSP-BAL
     938,488.40    120,764.87- NEW PRINCIPAL/ESCROW BALANCES
08-12-20 09-10 173 PAYMENT
  938.83    0.00    0.00    0.00  938.83 SUSPENSE
           4,819.36 SUSP-BAL

07-24-20 00-00 631 VALUE/HOA/INSP COST          MREC
    1.50    0.00    0.00   0.00      FC PROP INSPEC
                    33,744.50  MREC BAL
07-24-20 00-00 631 VALUE/HOA/INSP COST          MREC
   15.00    0.00    0.00   0.00      FC PROP INSPEC
                    33,743.00  MREC BAL
07-09-20 09-10 173 PAYMENT
  938.83    0.00    0.00   0.00  938.83 SUSPENSE
                    3,880.53  SUSP-BAL
06-29-20 00-00 631 VALUE/HOA/INSP COST          MREC
    1.50    0.00    0.00   0.00      FC PROP INSPEC
                    33,728.00  MREC BAL
06-29-20 00-00 631 VALUE/HOA/INSP COST          MREC
   15.00    0.00    0.00   0.00      FC PROP INSPEC
                    33,726.50  MREC BAL
06-10-20 09-10 173 PAYMENT
  938.83    0.00    0.00   0.00  938.83 SUSPENSE
                    2,941.70  SUSP-BAL
1P1021-496-3      CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
  REQ BY SNS121020                          PAGE   3
0MATINA GLARENTZOS
  LOAN NUMBER: ███████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION     TRANSACTION        EFFECTIVE DATE
  DATE   DATE  CODE         DESCRIPTION      OF TRANSACTION
 -------------------------------------------------------------------------------
   TRANSACTION  PRIN PD/     ESCROW PD/ ------------OTHER------------
    AMOUNT   BALANCE  INTEREST  BALANCE  AMOUNT  CODE/DESCRIPTION
 -------------------------------------------------------------------------------
06-04-20 00-00 630 ATTORNEY FEES                MREC
  205.00    0.00    0.00   0.00      FORECLOSURE FEES
                    33,711.50  MREC BAL
05-26-20 00-00 631 VALUE/HOA/INSP COST          MREC
    1.50    0.00    0.00   0.00      FC PROP INSPEC
                    33,506.50  MREC BAL
05-26-20 00-00 631 VALUE/HOA/INSP COST          MREC
   15.00    0.00    0.00   0.00      FC PROP INSPEC
                    33,505.00  MREC BAL
05-08-20 09-10 173 PAYMENT
  938.83    0.00    0.00   0.00  938.83 SUSPENSE
                    2,002.87  SUSP-BAL
04-27-20 00-00 631 VALUE/HOA/INSP COST          MREC
   15.00    0.00    0.00   0.00      FC PROP INSPEC
                    33,490.00  MREC BAL
04-27-20 00-00 631 VALUE/HOA/INSP COST          MREC
    1.50    0.00    0.00   0.00      FC PROP INSPEC
                    33,475.00  MREC BAL

04-09-20 09-10 173 PAYMENT
   938.33   0.00   0.00   0.00  938.33  SUSPENSE
             1,064.04  SUSP-BAL
04-02-20 00-00 631 VALUE/HOA/INSP COST          MREC
    1.50   0.00   0.00   0.00      FC PROP INSPEC
           33,473.50  MREC BAL
04-02-20 00-00 631 VALUE/HOA/INSP COST          MREC
   15.00   0.00   0.00   0.00     FC PROP INSPEC
           33,472.00  MREC BAL
03-31-20 08-10 168 REPAY OF ESC ADV
    0.00   0.00   0.00  812.56-  812.56  ESCROW ADVANCE ADJ
     936,606.90     121,577.43-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20 08-10 173 PAYMENT                03-09-20
    0.00 1,871.36- 5,063.15  812.56
     936,606.90     121,577.43-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20 07-10 168 REPAY OF ESC ADV
    0.00   0.00   0.00  812.56-  812.56  ESCROW ADVANCE ADJ
     934,735.54     122,389.99-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20 07-10 173 PAYMENT                03-09-20
    0.00 1,861.28- 5,053.07  812.56
     934,735.54     122,389.99-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20 06-10 168 REPAY OF ESC ADV
    0.00   0.00   0.00  812.56-  812.56  ESCROW ADVANCE ADJ
     932,874.26     123,202.55-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20 06-10 173 PAYMENT                03-09-20
    0.00 1,851.25- 5,043.04  812.56 12,013.05- SUSPENSE
           125.71  SUSP-BAL
     932,874.26     123,202.55-  NEW PRINCIPAL/ESCROW BALANCES
1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
 REQ BY SNS121020                   PAGE  4
0MATINA GLARENTZOS
 LOAN NUMBER: ██████████
0         ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS DUE TRANSACTION    TRANSACTION     EFFECTIVE DATE
 DATE   DATE  CODE      DESCRIPTION     OF TRANSACTION
-------------------------------------------------------------------------------
  TRANSACTION PRIN PD/    ESCROW PD/ -------------OTHER-------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
03-12-20 05-10 168 REPAY OF ESC ADV
    0.00   0.00   0.00  812.56-  812.56  ESCROW ADVANCE ADJ
     931,023.01     124,015.11-  NEW PRINCIPAL/ESCROW BALANCES
03-12-20 05-10 173 PAYMENT                03-09-20
    0.00 1,841.28- 5,033.07  812.56 4,004.35- SUSPENSE
          12,138.76  SUSP-BAL
     931,023.01     124,015.11-  NEW PRINCIPAL/ESCROW BALANCES
03-10-20 00-00 631 VALUE/HOA/INSP COST         MREC

```
   15.00     0.00     0.00     0.00       FC PROP INSPEC
                      33,457.00  MREC BAL
03-10-20 00-00 631 VALUE/HOA/INSP COST              MREC
    1.50     0.00     0.00     0.00       FC PROP INSPEC
                      33,442.00  MREC BAL
03-09-20 05-10 173 PAYMENT
   938.83     0.00     0.00     0.00  938.83 SUSPENSE
                      16,143.11  SUSP-BAL
03-06-20 05-10 173 PAYMENT
  5,400.00     0.00     0.00     0.00 5,400.00 SUSPENSE
                      15,204.28  SUSP-BAL
02-10-20 05-10 173 PAYMENT
   938.83     0.00     0.00     0.00  938.83 SUSPENSE
                       9,804.28  SUSP-BAL
02-07-20 05-10 173 PAYMENT
  5,400.00     0.00     0.00     0.00 5,400.00 SUSPENSE
                       8,865.45  SUSP-BAL
01-31-20 00-00 631 VALUE/HOA/INSP COST              MREC
    1.50     0.00     0.00     0.00       FC PROP INSPEC
                      33,440.50  MREC BAL
01-31-20 00-00 631 VALUE/HOA/INSP COST              MREC
   15.00     0.00     0.00     0.00       FC PROP INSPEC
                      33,439.00  MREC BAL
01-20-20 05-10 161 ESCROW ADVANCE
   582.00     0.00     0.00  582.00
              929,181.73    124,827.67- NEW PRINCIPAL/ESCROW BALANCES
01-20-20 03-20 352 FLOOD INSURANCE
   582.00-     0.00     0.00  582.00-
              929,181.73    124,827.67- NEW PRINCIPAL/ESCROW BALANCES
01-13-20 04-10 168 REPAY OF ESC ADV
    0.00     0.00     0.00  812.56- 812.56 ESCROW ADVANCE ADJ
              929,181.73    124,245.67- NEW PRINCIPAL/ESCROW BALANCES
01-13-20 04-10 173 PAYMENT                          01-08-20
    0.00  1,831.36- 5,023.15  812.56 4,004.35- SUSPENSE
                       3,465.45  SUSP-BAL
              929,181.73    124,245.67- NEW PRINCIPAL/ESCROW BALANCES
01-08-20 04-10 173 PAYMENT
   938.83     0.00     0.00     0.00  938.83 SUSPENSE
                       7,469.80  SUSP-BAL
```

1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
 REQ BY SNS121020                          PAGE   5
0MATINA GLARENTZOS
 LOAN NUMBER ████████
0            ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION     TRANSACTION      EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION       OF TRANSACTION
 --------------------------------------------------------------------------------

```
 TRANSACTION  PRIN PD/        ESCROW PD/ -------------OTHER------------
   AMOUNT   BALANCE   INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
-------------------------------------------------------------------------------
01-07-20 04-10 173 PAYMENT
   5,400.00    0.00    0.00    0.00 5,400.00  SUSPENSE
                        6,530.97  SUSP-BAL
01-06-20 03-10 168 REPAY OF ESC ADV
     0.00     0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
          927,350.37      125,058.23- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 03-10 173 PAYMENT                        12-31-19
     0.00  1,821.49- 5,013.28  812.56
          927,350.37      125,058.23- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 02-10 168 REPAY OF ESC ADV
     0.00     0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
          925,528.88      125,870.79- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 02-10 173 PAYMENT                        12-31-19
     0.00  1,811.68- 5,003.47  812.56
          925,528.88      125,870.79- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 01-10 168 REPAY OF ESC ADV
     0.00     0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
          923,717.20      126,683.35- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 01-10 173 PAYMENT                        12-31-19
     0.00  1,801.92- 4,993.71  812.56 12,013.05- SUSPENSE
                        1,130.97  SUSP-BAL
          923,717.20      126,683.35- NEW PRINCIPAL/ESCROW BALANCES
01-06-20 00-00 631 VALUE/HOA/INSP COST            MREC
     1.50     0.00    0.00    0.00      FC PROP INSPEC
                       33,424.00  MREC BAL
01-06-20 00-00 631 VALUE/HOA/INSP COST            MREC
    15.00     0.00    0.00    0.00      FC PROP INSPEC
                       33,422.50  MREC BAL
12-31-19 01-10 173 PAYMENT
    938.83     0.00    0.00    0.00  938.83  SUSPENSE
                       13,144.02  SUSP-BAL
12-31-19 12-09 168 REPAY OF ESC ADV
     0.00     0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
          921,915.28      127,495.91- NEW PRINCIPAL/ESCROW BALANCES
12-31-19 12-09 173 PAYMENT                        12-30-19
     0.00  1,792.21- 4,984.00  812.56
          921,915.28      127,495.91- NEW PRINCIPAL/ESCROW BALANCES
12-31-19 11-09 168 REPAY OF ESC ADV
     0.00     0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
          920,123.07      128,308.47- NEW PRINCIPAL/ESCROW BALANCES
12-31-19 11-09 173 PAYMENT                        12-30-19
     0.00  1,782.55- 4,974.34  812.56
          920,123.07      128,308.47- NEW PRINCIPAL/ESCROW BALANCES
12-31-19 10-09 168 REPAY OF ESC ADV
```

```
         0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       918,340.52    129,121.03-  NEW PRINCIPAL/ESCROW BALANCES
1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
 REQ BY SNS121020                        PAGE  6
0MATINA GLARENTZOS
 LOAN NUMBER: ████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION    TRANSACTION        EFFECTIVE DATE
 DATE    DATE  CODE         DESCRIPTION      OF TRANSACTION
--------------------------------------------------------------------------------
   TRANSACTION  PRIN PD/      ESCROW PD/ -------------OTHER-------------
     AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------
12-31-19 10-09 173 PAYMENT                    12-30-19
      0.00  1,772.95- 4,964.74  812.56
       918,340.52    129,121.03-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 09-09 168 REPAY OF ESC ADV
      0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       916,567.57    129,933.59-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 09-09 173 PAYMENT                    12-30-19
      0.00  1,763.40- 4,955.19  812.56
       916,567.57    129,933.59-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 08-09 168 REPAY OF ESC ADV
      0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       914,804.17    130,746.15-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 08-09 173 PAYMENT                    12-30-19
      0.00  1,753.90- 4,945.69  812.56
       914,804.17    130,746.15-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 07-09 168 REPAY OF ESC ADV
      0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       913,050.27    131,558.71-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 07-09 173 PAYMENT                    12-30-19
      0.00  1,744.45- 4,936.24  812.56
       913,050.27    131,558.71-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 06-09 168 REPAY OF ESC ADV
      0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       911,305.82    132,371.27-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 06-09 173 PAYMENT                    12-30-19
      0.00  1,735.05- 4,926.84  812.56
       911,305.82    132,371.27-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 05-09 168 REPAY OF ESC ADV
      0.00    0.00    0.00  812.56-  812.56  ESCROW ADVANCE ADJ
       909,570.77    133,183.83-  NEW PRINCIPAL/ESCROW BALANCES
12-31-19 05-09 173 PAYMENT                    12-30-19
      0.00  1,725.70- 4,917.49  812.56 32,034.80- SUSPENSE
                     12,205.19  SUSP-BAL
       909,570.77    133,183.83-  NEW PRINCIPAL/ESCROW BALANCES
```

12-30-19 05-09 173 PAYMENT
   5,400.00   0.00   0.00  5,400.00  SUSPENSE
               44,239.99  SUSP-BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
    245.00   0.00   0.00   0.00      FORECLOSURE COST
               33,407.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
      1.00   0.00   0.00   0.00     NO INVOICE ACQC
               33,162.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,161.50  MREC BAL
1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
 REQ BY SNS121020                 PAGE  7
 0MATINA GLARENTZOS
 LOAN NUMBER: █████████
0        ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION     TRANSACTION     EFFECTIVE DATE
 DATE   DATE  CODE      DESCRIPTION     OF TRANSACTION
-------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/    ESCROW PD/ -------------OTHER-------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
-------------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     15.00   0.00   0.00   0.00     PROP.INSPECTION
               33,150.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     15.00   0.00   0.00   0.00     PROP.INSPECTION
               33,135.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,120.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,109.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,098.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,087.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,076.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST        MREC
     11.00   0.00   0.00   0.00     PROP.INSPECTION
               33,065.50  MREC BAL

12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         33,054.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         33,043.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         33,032.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         33,021.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         33,010.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,999.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,988.50  MREC BAL
1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
REQ BY SNS121020                         PAGE   8
0MATINA GLARENTZOS
 LOAN NUMBER: ███████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION      TRANSACTION      EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION      OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/     ESCROW PD/ -------------OTHER------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,977.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,966.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,955.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,944.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
  11.00  0.00  0.00  0.00   PROP.INSPECTION
         32,933.50  MREC BAL

12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,922.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,911.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,900.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,889.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,878.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,867.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,856.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,845.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     11.00     0.00     0.00   0.00      PROP.INSPECTION
                    32,834.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
    315.00     0.00     0.00   0.00        TITLE COST
                    32,823.50  MREC BAL

1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
REQ BY SNS121020                          PAGE   9
0MATINA GLARENTZOS
LOAN NUMBER█████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION      TRANSACTION      EFFECTIVE DATE
 DATE   DATE  CODE         DESCRIPTION      OF TRANSACTION
-------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/      ESCROW PD/ -------------OTHER-------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
-------------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     75.00     0.00     0.00   0.00        TITLE COST
                    32,508.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST            MREC
     75.00     0.00     0.00   0.00        TITLE COST
                    32,433.50  MREC BAL

12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
    70.00      0.00      0.00    0.00        FC SHERRIFF COMM
             32,358.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
    70.00      0.00      0.00    0.00        FC SHERRIFF COMM
             32,288.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   130.00      0.00      0.00    0.00        FC SHERRIFF COMM
             32,218.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
    70.00      0.00      0.00    0.00        FC SHERRIFF COMM
             32,088.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   105.00      0.00      0.00    0.00        FORECLOSURE COST
             32,018.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   195.00      0.00      0.00    0.00        FORECLOSURE COST
             31,913.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   195.00      0.00      0.00    0.00        FORECLOSURE COST
             31,718.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   195.00      0.00      0.00    0.00        FORECLOSURE COST
             31,523.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   230.00      0.00      0.00    0.00        FORECLOSURE COST
             31,328.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
    10.00      0.00      0.00    0.00        FORECLOSURE COST
             31,098.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   160.00      0.00      0.00    0.00        FORECLOSURE COST
             31,088.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   195.00      0.00      0.00    0.00        FORECLOSURE COST
             30,928.50  MREC BAL
12-27-19  00-00  745  CORP ADVANCE ADJUST                    MREC
   400.00      0.00      0.00    0.00        FORECLOSURE BPO
             30,733.50  MREC BAL
1P1021-496-3      CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
 REQ BY SNS121020                            PAGE  10
0MATINA GLARENTZOS
 LOAN NUMBER: ████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION      TRANSACTION          EFFECTIVE DATE
 DATE   DATE  CODE            DESCRIPTION        OF TRANSACTION
 --------------------------------------------------------------------------------

```
 TRANSACTION  PRIN PD/        ESCROW PD/ ------------OTHER------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    95.00     0.00    0.00   0.00       FORECLOSURE BPO
                      30,333.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   400.00     0.00    0.00   0.00       FORECLOSURE BPO
                      30,238.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   235.00     0.00    0.00   0.00       FORECLOSURE BPO
                      29,838.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   400.00     0.00    0.00   0.00       FORECLOSURE BPO
                      29,603.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   400.00     0.00    0.00   0.00       FORECLOSURE BPO
                      29,203.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   145.00     0.00    0.00   0.00       FORECLOSURE BPO
                      28,803.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   145.00     0.00    0.00   0.00       FORECLOSURE BPO
                      28,658.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   145.00     0.00    0.00   0.00       FORECLOSURE BPO
                      28,513.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   145.00     0.00    0.00   0.00       FORECLOSURE BPO
                      28,368.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
   145.00     0.00    0.00   0.00       FORECLOSURE BPO
                      28,223.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    11.00     0.00    0.00   0.00       NO INVOICE ACQC
                      28,078.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    11.00     0.00    0.00   0.00       NO INVOICE ACQC
                      28,067.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    11.00     0.00    0.00   0.00       NO INVOICE ACQC
                      28,056.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    11.00     0.00    0.00   0.00       NO INVOICE ACQC
                      28,045.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    11.00     0.00    0.00   0.00       NO INVOICE ACQC
```

28,034.50  MREC BAL

1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 10/07/20
REQ BY SNS121020                        PAGE  11
0MATINA GLARENTZOS
LOAN NUMBER: ███████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION      TRANSACTION        EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION      OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/      ESCROW PD/ -------------OTHER------------
   AMOUNT   BALANCE  INTEREST  BALANCE  AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    28,023.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    28,012.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    28,001.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    27,990.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    27,979.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    27,968.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     11.00    0.00    0.00   0.00      NO INVOICE ACQC
                    27,957.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    150.00    0.00    0.00   0.00      FC/ATTY COSTS
                    27,946.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     55.00    0.00    0.00   0.00      FC/ATTY COSTS
                    27,796.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    346.00    0.00    0.00   0.00      FC/ATTY COSTS
                    27,741.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    650.00    0.00    0.00   0.00      FC/ATTY FES
                    27,395.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    260.00    0.00    0.00   0.00      FC/ATTY FES

```
                      26,745.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     770.00    0.00    0.00    0.00      FC/ATTY FES
                      26,485.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     525.00    0.00    0.00    0.00      FC/ATTY FES
                      25,715.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     262.50    0.00    0.00    0.00      FC/ATTY FES
                      25,190.50  MREC BAL
1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
REQ BY SNS121020                      PAGE  12
0MATINA GLARENTZOS
LOAN NUMBER: ███████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION       TRANSACTION       EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION       OF TRANSACTION
--------------------------------------------------------------------------
  TRANSACTION  PRIN PD/     ESCROW PD/ -------------OTHER------------
    AMOUNT   BALANCE  INTEREST  BALANCE   AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     525.00    0.00    0.00    0.00      FC/ATTY FES
                      24,928.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     250.00    0.00    0.00    0.00      FC/ATTY FES
                      24,403.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     200.00    0.00    0.00    0.00      FC/ATTY FES
                      24,153.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     350.00    0.00    0.00    0.00      FC/ATTY FES
                      23,953.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     260.00    0.00    0.00    0.00      FC/ATTY FES
                      23,603.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     205.00    0.00    0.00    0.00      FC/ATTY FES
                      23,343.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     250.00    0.00    0.00    0.00      FC/ATTY FES
                      23,138.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     250.00    0.00    0.00    0.00      FC/ATTY FES
                      22,888.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     260.00    0.00    0.00    0.00      FC/ATTY FES
```

```
                    22,638.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     500.00    0.00   0.00   0.00      FC/ATTY FES
                    22,378.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     250.00    0.00   0.00   0.00      FC/ATTY FES
                    21,878.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     250.00    0.00   0.00   0.00      FC/ATTY FES
                    21,628.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
   1,475.00    0.00   0.00   0.00      FC/ATTY FES
                    21,378.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     145.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,903.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      70.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,758.00  MREC BAL
```

1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT    DATE 10/07/20
REQ BY SNS121020                          PAGE  13
0MATINA GLARENTZOS
LOAN NUMBER███████████
0        ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION    TRANSACTION       EFFECTIVE DATE
DATE   DATE  CODE        DESCRIPTION      OF TRANSACTION
--------------------------------------------------------------------------------

  TRANSACTION  PRIN PD/     ESCROW PD/ ------------OTHER------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------

```
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     145.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,688.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      70.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,543.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      70.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,473.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      95.00    0.00   0.00   0.00      FORECLOSURE BPO
                    19,403.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      11.00    0.00   0.00   0.00      FC PROP PRES
                    19,308.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
      11.00    0.00   0.00   0.00      NO INVOICE ACQC
```

```
                      19,297.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      NO INVOICE ACQC
                      19,286.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,275.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,264.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,253.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,242.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,231.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,220.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,209.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,198.00  MREC BAL
1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
 REQ BY SNS121020                     PAGE  14
0MATINA GLARENTZOS
 LOAN NUMBER: ██████████
0        ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION    TRANSACTION      EFFECTIVE DATE
 DATE   DATE  CODE        DESCRIPTION     OF TRANSACTION
 -------------------------------------------------------------------
   TRANSACTION  PRIN PD/     ESCROW PD/ -------------OTHER-------------
     AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT  CODE/DESCRIPTION
 -------------------------------------------------------------------
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,187.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
                      19,176.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST              MREC
     11.00    0.00   0.00   0.00      PROP.INSPECTION
```

```
                        19,165.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
    11.00    0.00    0.00    0.00      PROP.INSPECTION
                        19,154.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
    11.00    0.00    0.00    0.00      PROP.INSPECTION
                        19,143.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   425.00    0.00    0.00    0.00      BK COSTS
                        19,132.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
    43.00    0.00    0.00    0.00      BK COSTS
                        18,707.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   193.50    0.00    0.00    0.00      BK COSTS
                        18,664.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   279.50    0.00    0.00    0.00      BK COSTS
                        18,470.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   752.50    0.00    0.00    0.00      BK COSTS
                        18,191.00  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   903.00    0.00    0.00    0.00      BK COSTS
                        17,438.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   500.00    0.00    0.00    0.00      BK COSTS
                        16,535.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
   215.00    0.00    0.00    0.00      BK COSTS
                        16,035.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
 2,623.00    0.00    0.00    0.00      BK COSTS
                        15,820.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST           MREC
 4,343.00    0.00    0.00    0.00      BK COSTS
                        13,197.50  MREC BAL
1P1021-496-3    CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
 REQ BY SNS121020                    PAGE  15
0MATINA GLARENTZOS
 LOAN NUMBER: ██████████
0          ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
 PROCESS  DUE  TRANSACTION       TRANSACTION       EFFECTIVE DATE
  DATE   DATE  CODE          DESCRIPTION       OF TRANSACTION
 -------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/      ESCROW PD/ -------------OTHER------------
   AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
```

---

```
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    300.00    0.00    0.00    0.00      BK COSTS
                        8,854.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    300.00    0.00    0.00    0.00      BK COSTS
                        8,554.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    200.00    0.00    0.00    0.00      FC/ATTY FES
                        8,254.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    250.00    0.00    0.00    0.00      FC/ATTY FES
                        8,054.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    250.00    0.00    0.00    0.00      FC/ATTY FES
                        7,804.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     65.00    0.00    0.00    0.00      FC/ATTY COSTS
                        7,554.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
     70.00    0.00    0.00    0.00      FC/ATTY COSTS
                        7,489.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
    300.00    0.00    0.00    0.00      FC/ATTY COSTS
                        7,419.50  MREC BAL
12-27-19 00-00 745 CORP ADVANCE ADJUST          MREC
 26,288.00-   0.00    0.00    0.00      AQUIRED CORP ADV
                        7,119.50  MREC BAL
12-06-19 00-00 631 VALUE/HOA/INSP COST          MREC
     15.00    0.00    0.00    0.00      FC PROP INSPEC
                       33,407.50  MREC BAL
12-06-19 00-00 631 VALUE/HOA/INSP COST          MREC
      1.50    0.00    0.00    0.00      FC PROP INSPEC
                       33,392.50  MREC BAL
11-19-19 00-00 631 VALUE/HOA/INSP COST          MREC
     15.00    0.00    0.00    0.00      FC PROP INSPEC
                       33,391.00  MREC BAL
11-19-19 00-00 631 VALUE/HOA/INSP COST          MREC
      1.50    0.00    0.00    0.00      FC PROP INSPEC
                       33,376.00  MREC BAL
11-14-19 05-09 161 ESCROW ADVANCE
 11,535.99    0.00    0.00 11,535.99
            907,845.07      133,996.39- NEW PRINCIPAL/ESCROW BALANCES
11-14-19 11-19 312 COUNTY/PARISH
 11,535.99-   0.00    0.00 11,535.99-
            907,845.07      133,996.39- NEW PRINCIPAL/ESCROW BALANCES
1P1021-496-3     CUSTOMER ACCOUNT ACTIVITY STATEMENT     DATE 10/07/20
```

REQ BY SNS121020                          PAGE  16
0MATINA GLARENTZOS
LOAN NUMBER: ███████████
0            ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION     TRANSACTION        EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION       OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/     ESCROW PD/ -------------OTHER-------------
   AMOUNT   BALANCE  INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
11-13-19 04-09 168 REPAY OF ESC ADV
     0.00    0.00    0.00  812.56- 812.56  ESCROW ADVANCE ADJ
        907,845.07    122,460.40- NEW PRINCIPAL/ESCROW BALANCES
11-13-19 04-09 173 PAYMENT                    10-01-19
     0.00  1,716.41- 4,908.20  812.56 4,004.35- SUSPENSE
                   38,839.99  SUSP-BAL
        907,845.07    122,460.40- NEW PRINCIPAL/ESCROW BALANCES
11-13-19 04-09 173 PAYMENT
   938.83    0.00    0.00    0.00  938.83 SUSPENSE
                   42,844.34  SUSP-BAL
11-13-19 04-09 173 PAYMENT
  5,400.00    0.00    0.00    0.00 5,400.00  SUSPENSE
                   41,905.51  SUSP-BAL
11-04-19 00-00 633 FC/BK/DIL/EVIC COST              MREC
   100.00    0.00    0.00    0.00        FORECLOSURE COST
                   33,374.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   687.50    0.00    0.00    0.00        FORECLOSURE FEES
                   33,274.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
    55.00    0.00    0.00    0.00        FORECLOSURE FEES
                   32,587.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   137.50    0.00    0.00    0.00        FORECLOSURE FEES
                   32,532.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   495.00    0.00    0.00    0.00        FORECLOSURE FEES
                   32,394.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   412.50    0.00    0.00    0.00        FORECLOSURE FEES
                   31,899.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   165.00    0.00    0.00    0.00        FORECLOSURE FEES
                   31,487.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                MREC
   275.00    0.00    0.00    0.00        FORECLOSURE FEES
                   31,322.00  MREC BAL

10-22-19 00-00 630 ATTORNEY FEES                    MREC
    275.00    0.00    0.00    0.00      FORECLOSURE FEES
                    31,047.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    82.50     0.00    0.00    0.00      FORECLOSURE FEES
                    30,772.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    825.00    0.00    0.00    0.00      FORECLOSURE FEES
                    30,689.50  MREC BAL
1P1021-496-3      CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 10/07/20
REQ BY SNS121020                          PAGE  17
0MATINA GLARENTZOS
LOAN NUMBER███████████
0            ACTIVITY FOR PERIOD 01-01-00 - 10-07-20
PROCESS  DUE  TRANSACTION      TRANSACTION        EFFECTIVE DATE
 DATE   DATE  CODE          DESCRIPTION      OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION  PRIN PD/      ESCROW PD/ ------------OTHER------------
    AMOUNT   BALANCE  INTEREST BALANCE  AMOUNT CODE/DESCRIPTION
--------------------------------------------------------------------------------
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    550.00    0.00    0.00    0.00      FORECLOSURE FEES
                    29,864.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    275.00    0.00    0.00    0.00      FORECLOSURE FEES
                    29,314.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    770.00    0.00    0.00    0.00      FORECLOSURE FEES
                    29,039.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    165.00    0.00    0.00    0.00      FORECLOSURE FEES
                    28,269.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    220.00    0.00    0.00    0.00      FORECLOSURE FEES
                    28,104.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    165.00    0.00    0.00    0.00      FORECLOSURE FEES
                    27,884.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    82.50     0.00    0.00    0.00      FORECLOSURE FEES
                    27,719.50  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    220.00    0.00    0.00    0.00      FORECLOSURE FEES
                    27,637.00  MREC BAL
10-22-19 00-00 630 ATTORNEY FEES                    MREC
    385.00    0.00    0.00    0.00      FORECLOSURE FEES
                    27,417.00  MREC BAL

```
10-22-19 00-00 630 ATTORNEY FEES                    MREC
      412.50    0.00    0.00   0.00        FORECLOSURE FEES
                        27,032.00  MREC BAL
10-10-19 00-00 631 VALUE/HOA/INSP COST              MREC
        1.50    0.00    0.00   0.00        FC PROP INSPEC
                        26,619.50  MREC BAL
10-10-19 00-00 631 VALUE/HOA/INSP COST              MREC
       15.00    0.00    0.00   0.00        FC PROP INSPEC
                        26,618.00  MREC BAL
10-02-19 04-09 173 PAYMENT                          10-01-19
    4,130.62    0.00    0.00   0.00 4,130.62  SUSPENSE
                        36,505.51  SUSP-BAL
10-02-19 00-00 633 FC/BK/DIL/EVIC COST              MREC
      300.00    0.00    0.00   0.00        BK COSTS
                        26,603.00  MREC BAL
09-30-19 03-09 168 REPAY OF ESC ADV
        0.00    0.00    0.00 812.56- 812.56  ESCROW ADVANCE ADJ
          906,128.66      123,272.96- NEW PRINCIPAL/ESCROW BALANCES
```

**SN Servicing Corporation**

## Loan History - General

Loanid: ███████████  Borrower: GLARENTZOS  Telephone:  SSN: ███████████

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2020 | 10/6/2020 | 10/1/2010 | New Loan | | 0 | 0 | $.00 | $938,488.40 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 10/7/2020 | 10/7/2020 | 10/1/2010 | Escrow Adjustment | | 0 | 0 | ($120,764.87) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($120,764.87) | ($120,764.87) | $.00 | $.00 |
| 10/7/2020 | 10/7/2020 | 10/1/2010 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($33,761.00) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($120,764.87) | $.00 | $.00 |
| 10/7/2020 | 10/7/2020 | 10/1/2010 | Prior Serv Late Chrg Assessment | | 95 | 0 | ($11,780.10) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($120,764.87) | $.00 | $.00 |
| 11/12/2020 | 11/12/2020 | 11/30/2020 | County Tax Disbursement | PropertyTax-11-12-2020-tt3 | 30 | 93077 | ($11,660.37) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($11,660.37) | ($132,425.24) | $.00 | $.00 |
| 10/6/2020 | 11/13/2020 | 10/1/2010 | Unapplied Payment | 3000-47-PA | 0 | 93208 | $2,692.67 | $.00 | $938,488.40 | $.00 | $2,692.67 | $2,692.67 | $.00 | ($132,425.24) | $.00 | $.00 |
| 11/17/2020 | 12/8/2020 | 11/1/2020 | Late Charge Assessment | | 0 | 0 | ($159.59) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($132,425.24) | ($159.59) | $159.59 |
| 12/17/2020 | 12/17/2020 | 12/1/2020 | Late Charge Assessment | | 0 | 0 | ($159.59) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($132,425.24) | ($159.59) | $319.18 |
| 1/17/2021 | 1/19/2021 | 1/1/2021 | Late Charge Assessment | | 0 | 0 | ($159.59) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($132,425.24) | ($159.59) | $478.77 |
| 2/5/2021 | 2/5/2021 | 1/1/2021 | Flood FPI Disbursement | Jan FPI Flood | 98 | 103221 | ($7,315.82) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | ($7,315.82) | ($139,741.06) | $.00 | $478.77 |
| 2/17/2021 | 2/17/2021 | 2/1/2021 | Late Charge Assessment | | 0 | 0 | ($341.57) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($139,741.06) | ($341.57) | $820.34 |
| 3/8/2021 | 3/8/2021 | 2/1/2021 | Flood FPI Disbursement | FPI Flood Feb | 98 | 107024 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | ($1,891.99) | ($141,633.05) | $.00 | $820.34 |
| 3/10/2021 | 3/10/2021 | 10/1/2010 | Investor Loan Sale | | 0 | 107311 | $.00 | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($141,633.05) | $.00 | $820.34 |
| 3/10/2021 | 3/10/2021 | 10/1/2010 | Inv Loan Purchase | | 0 | 107311 | $.00 | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($141,633.05) | $.00 | $820.34 |
| 3/17/2021 | 3/17/2021 | 3/1/2021 | Late Charge Assessment | | 0 | 0 | ($341.57) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($141,633.05) | ($341.57) | $1,161.91 |
| 3/25/2021 | 3/25/2021 | 10/1/2010 | Foreclosure Expense Assessment | | 235 | 0 | ($250.00) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($141,633.05) | $.00 | $1,161.91 |
| 4/6/2021 | 4/6/2021 | 3/1/2021 | Flood FPI Disbursement | FPI Flood March | 98 | 110854 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | ($1,891.99) | ($143,525.04) | $.00 | $1,161.91 |
| 4/8/2021 | 4/8/2021 | 10/1/2010 | Legal Fee Assessment | | 1 | 0 | ($412.50) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($143,525.04) | $.00 | $1,161.91 |
| 4/17/2021 | 4/17/2021 | 4/1/2021 | Late Charge Assessment | | 0 | 0 | ($341.57) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($143,525.04) | ($341.57) | $1,503.48 |

**SN Servicing Corporation**

## Loan History - General

| 5/4/2021 | 5/4/2021 | 4/1/2021 | Flood FPI Disbursement | FPI Flood April | 98 | 114622 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | ($1,891.99) | ($145,417.03) | $.00 | $1,503.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2021 | 5/18/2021 | 5/1/2021 | Late Charge Assessment | | 0 | 0 | ($341.57) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($145,417.03) | ($341.57) | $1,845.05 |
| 5/21/2021 | 5/21/2021 | 10/1/2010 | Legal Fee Assessment | | 1 | 0 | ($687.50) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($145,417.03) | $.00 | $1,845.05 |
| 6/2/2021 | 6/2/2021 | 5/1/2021 | Flood FPI Disbursement | FPI Flood May | 98 | 118682 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | ($1,891.99) | ($147,309.02) | $.00 | $1,845.05 |
| 6/8/2021 | 6/8/2021 | 10/1/2010 | Foreclosure Expense Assessment | | 235 | 0 | ($387.45) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($147,309.02) | $.00 | $1,845.05 |
| 6/17/2021 | 6/17/2021 | 6/1/2021 | Late Charge Assessment | | 0 | 0 | ($337.80) | $.00 | $938,488.40 | $.00 | $.00 | $2,692.67 | $.00 | ($147,309.02) | ($337.80) | $2,182.85 |
| 6/25/2021 | 6/25/2021 | 10/1/2010 | Unapplied Payment Reversal | 45 AH | 0 | 121845 | ($2,692.67) | $.00 | $938,488.40 | $.00 | ($2,692.67) | $.00 | $.00 | ($147,309.02) | $.00 | $2,182.85 |
| 6/25/2021 | 6/25/2021 | 10/1/2010 | Prior Serv Corp Adv Payment | 45 AH | 96 | 121845 | $2,692.67 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $.00 | $2,182.85 |
| 6/25/2021 | 6/25/2021 | 10/1/2010 | Prior Serv Corp Adv Payment Reversal | 45 AH | 96 | 121845 | ($2,692.67) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $.00 | $2,182.85 |
| 6/25/2021 | 6/25/2021 | 10/1/2010 | Late Charge Payment | 45 AH | 0 | 121845 | $1,845.05 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $1,845.05 | $337.80 |
| 6/25/2021 | 6/25/2021 | 10/1/2010 | Prior Serv Corp Adv Payment | 45 AH | 96 | 121845 | $847.62 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Prior Serv Corp Adv Payment Reversal | 46 AH | 96 | 122053 | ($938.83) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Unapplied Payment | 46 AH | 0 | 122053 | $938.83 | $.00 | $938,488.40 | $.00 | $938.83 | $938.83 | $.00 | ($147,309.02) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Unapplied Payment Reversal | 3000-46-PS NSF-RUSHMORE | 0 | 122047 | ($938.83) | $.00 | $938,488.40 | $.00 | ($938.83) | $.00 | $.00 | ($147,309.02) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | NSF Fee Assessment | 3000-46-PS NSF-RUSHMORE | 0 | 122047 | $.00 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,309.02) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Escrow Disbursement | 49 Escrow Adjustment AH | 0 | 122085 | ($91.21) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($91.21) | ($147,400.23) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Prior Serv Corp Adv Payment | 49 Escrow Adjustment AH | 96 | 122088 | $91.21 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,400.23) | $.00 | $337.80 |
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Late Charge Payment Reversal | 46 AH | 0 | 122053 | ($91.21) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($147,400.23) | ($91.21) | $429.01 |

Contains Customer Private Information - handle securely.

**SN Servicing Corporation**

## Loan History - General

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2021 | 6/28/2021 | 10/1/2010 | Escrow Only Payment | 46 AH | 0 | 122053 | $91.21 | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $91.21 | ($147,309.02) | $.00 | $429.01 |
| 7/12/2021 | 7/12/2021 | 6/1/2021 | Flood FPI Disbursement | Fpi Flood June | 98 | 123528 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($1,891.99) | ($149,201.01) | $.00 | $429.01 |
| 7/17/2021 | 7/17/2021 | 7/1/2021 | Late Charge Assessment | | 0 | 0 | ($337.80) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($149,201.01) | ($337.80) | $766.81 |
| 8/3/2021 | 8/3/2021 | 7/1/2021 | Flood FPI Disbursement | FPI Flood July | 98 | 126757 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($1,891.99) | ($151,093.00) | $.00 | $766.81 |
| 8/5/2021 | 8/5/2021 | 10/1/2010 | Legal Fee Assessment | | 1 | 0 | ($55.00) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($151,093.00) | $.00 | $766.81 |
| 8/12/2021 | 8/12/2021 | 10/1/2010 | Legal Fee Assessment | | 1 | 0 | ($800.00) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($151,093.00) | $.00 | $766.81 |
| 8/17/2021 | 8/17/2021 | 8/1/2021 | Late Charge Assessment | | 0 | 0 | ($337.80) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($151,093.00) | ($337.80) | $1,104.61 |
| 9/2/2021 | 9/2/2021 | 8/1/2021 | Flood FPI Disbursement | FPI Flood August | 98 | 130891 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($1,891.99) | ($152,984.99) | $.00 | $1,104.61 |
| 9/17/2021 | 9/17/2021 | 9/1/2021 | Late Charge Assessment | | 0 | 0 | ($337.80) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($152,984.99) | ($337.80) | $1,442.41 |
| 10/4/2021 | 10/4/2021 | 9/1/2021 | Flood FPI Disbursement | FPI Flood September | 98 | 135248 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($1,891.99) | ($154,876.98) | $.00 | $1,442.41 |
| 10/17/2021 | 10/19/2021 | 10/1/2010 | Late Charge Assessment | | 0 | 0 | ($337.80) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($154,876.98) | ($337.80) | $1,780.21 |
| 10/27/2021 | 10/27/2021 | 10/1/2010 | Legal Fee Assessment | | 1 | 0 | ($1,050.00) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($154,876.98) | $.00 | $1,780.21 |
| 10/27/2021 | 10/27/2021 | 10/1/2010 | Legal Expense Recov Assessment | | 232 | 0 | ($188.00) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | $.00 | ($154,876.98) | $.00 | $1,780.21 |
| 11/3/2021 | 11/3/2021 | 10/1/2010 | Flood FPI Disbursement | FPI Flood October | 98 | 140076 | ($1,891.99) | $.00 | $938,488.40 | $.00 | $.00 | $.00 | ($1,891.99) | ($156,768.97) | $.00 | $1,780.21 |

*Contains Customer Private Information - handle securely.*