

**ORDERED in the Southern District of Florida on November 15, 2021.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

                                             Chapter 11
                                  Case No.: 0:21-bk-15007-PDR

**STAMATIKE GLARENTZOS**,

    Debtor.
_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION
OF ORDER SUSTAINING OBJECTION TO CLAIM [D.E. 65]**

**THIS MATTER** came before the Court on November 4, 2021 at 2:00p.m., upon the Motion for Reconsideration of Order Sustaining Objection to Claim (the "Motion") [D.E. 65] filed by SN Servicing Corporation, as Servicing Agent for U.S. Bank Trust, N.A., as Trustee of the Bungalow Series IV Trust ("Secured Creditor"). The Court having considered the Motion and being otherwise fully advised in the premises, for the reasons stated on the record, finds it appropriate to enter an Order Granting the Motion. Accordingly, it is hereby

**ORDERED,** as follows:

*Case No.: 0:21-bk-15007-PDR*

    1.      The Motion is **GRANTED**.

    2.      The Order Sustaining Objection to Claim [D.E. 62] entered on October 4, 2021 is void.

    3.      The deadline for Secured Creditor to file a response to the Objection to Claim [D.E. 43] filed on August 9, 2021 is extended to November 18, 2021.

###

Submitted by:

**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI │ BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach , FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Melbalynn Fisher is directed to serve a conformed copy of this Order upon all interested parties who are non-CM/ECF users and shall serve a Certificate of Service within three (3) days from the date of the Order.