

**ORDERED in the Southern District of Florida on February 6, 2023.**



       **Peter D. Russin, Judge**
       **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                       Case No. 21-15007-PDR
                                                              Chapter 11

STAMATIKE GLARENTZOS,

      Debtor.
_____/

### ORDER GRANTING MOTION TO
### CONTINUE FEBRUARY 7, 2023 HEARING

THIS MATTER came before the Court on Debtor's *Expedited Motion to Continue Hearings Currently Set for February 7, 2023, at 10:00AM* (DE 198). In light of Debtor's representation that they are unable to attend due to medical complications, and based upon the record, the Court **ORDERS** as follows:

1. The Motion (DE 198) is **GRANTED**, and the hearings set for February 7, 2023 are continued to March 8, 2023 at 10:00AM.

2. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL  33301.

3. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

# # #

Copies to all parties by clerk of court.